UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JUAN MEJIA,<br><br>   Petitioner,<br><br> v.<br><br>RAYMOND MADDEN (Warden),<br><br>   Respondent. | **No. LA CV 16-06895-VBF-JC**<br><br>**ORDER**<br><br>Adopting the R&R:<br>Denying the Habeas Corpus Petition<br><br>Directing Entry of Final Judgment;<br>Terminating the Case (JS-6) |

  The Magistrate Judge issued a Report and Recommendation ("R&R") on June 17, 2019. *See* CM/ECF Document ("Doc") 21. Petitioner has not objected within the time allotted by Local Rule 72-3.4, and Fed. R. Civ. P. 72(b)(3) requires de novo review only of those parts of an R&R to which a party has timely objected. *See Khan v. Langford*, 2018 WL 1271204, *1 (C.D. Cal. Mar. 8, 2018) (citing, *inter alia*, *US v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc)). But the Advisory Committee Notes to Fed. R. Civ. P. 72(b) recommend that when no timely objection is filed, the Court should review the R&R "for clear error on the face of the record." *Juarez*, 2016 WL 2908238 at *2 (cite omitted); *accord Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc); *Benitez v. Parmer*, 654 F.

-1-

App'x 502, 503 (2d Cir. 2016) ("Because Benitez thus made only a general objection, the district court reviewed the 2013 R&R for clear error.") (citing, *inter alia*, Adv. Comm. Notes to 1983 Am. of Fed. R. Civ. P. 72(b)). The Court finds no clear defect of law, fact, or logic in the R&R.

Accordingly, the Court will accept the Magistrate Judge's findings and conclusions and implement the R&R's recommendations.

ORDER

**The Report and Recommendation [Doc # 21] is ADOPTED.**

**The petition for writ of habeas corpus [Doc # 1] is DENIED.**

This action is DISMISSED with prejudice.

As required by Fed. R. Civ. P. 58(a), judgment will be entered as a separate document.

The Court will also rule on a certificate of appealability by separate order.

The case SHALL BE TERMINATED and closed (JS-6).

IT IS SO ORDERED.

Dated: August 12, 2019

_____
Honorable Valerie Baker Fairbank
Senior United States District Judge