JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JUAN MEJIA, | Case No. LA CV 16-06895-VBF-JC |
| Petitioner, | FINAL JUDGMENT |
| v. | |
| R. MADDEN, Warden, | |
| Respondent. | |

Final judgment is hereby entered in favor of the respondent warden and against petitioner Juan Mejia.

IT IS SO ADJUDGED.

Dated: August 12, 2019

*Valerie Baker Fairbank*
_____
Hon. Valerie Baker Fairbank
Senior United States District Judge